IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:20-CV-00075-BO

| | |
|---|---|
| RED WOLF COALITION, DEFENDERS OF WILDLIFE, and ANIMAL WELFARE INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service; LEOPOLDO MIRANDA, in his official capacity as Regional Director of the United States Fish and Wildlife Service Southeast Region,[1]<br><br>Defendants. | **ORDER** |

For good cause shown, Plaintiffs' Unopposed Motion for Status Conference is hereby GRANTED. It is hereby ORDERED that Defendants are authorized and directed to immediately implement their Release Plan [DE 32-2] while the Court considers the changes sought by Conservation Groups [DE 34].

In addition, a status conference will be held on May 13, 2021, at 4:00 p.m. at Raleigh, North Carolina before the undersigned. The Court reserves the right to reset any scheduled matters at its discretion.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martha Williams, Principal Deputy Director exercising authority of the Director of the U.S. Fish and Wildlife Service, is substituted for Aurelia Skipwith, former Director.

SO ORDERED, this 14 day of April, 2021.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE