IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-75-BO

RED WOLF COALITION, DEFENDERS )
OF WILDLIFE, and ANIMAL WELFARE )
INSTITUTE, )
)
        Plaintiffs, )
)
v. )     O R D E R
)
THE UNITED STATES FISH AND )
WILDLIFE SERVICE; MARTHA )
WILLIAMS, in her official capacity as )
Principal Deputy Director of the United )
States Fish and Wildlife Service; )
LEOPOLDO MIRANDA, in his official )
capacity as Regional Director of the United )
States Fish and Wildlife Service Southeast )
Region, )
)
        Defendants.[1] )

This cause comes before the Court following a status conference held before the undersigned on May 13, 2021, at Raleigh, North Carolina. Counsel for plaintiffs and defendants appeared and the current steps that have been taken by defendants to comply with the Court's preliminary injunction were discussed.

The Court orders as follows:

(1) In furtherance of continued compliance with the Court's preliminary injunction, the Court orders that defendants implement the steps outlined in their Amended Plan to Release Red Wolves into the North Carolina Non-essential Experimental Population [DE 40] while it revises Phase II;

---

[1] Martha Williams has been substituted for defendant Aurelia Skipwith pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.

(2) Defendants are further DIRECTED to file a status report not later than August 15, 2021, following the July 2021 Species Survival Plan (SSP) meeting; and

(3) A second status conference on the preliminary injunction and red wolf releases will be held before the undersigned during the Court's November 2021 term. A specific date and time will be set by separate notice.

SO ORDERED, this 19 day of May, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE