IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:20-CV-00075-BO

| | |
|---|---|
| RED WOLF COALITION, DEFENDERS OF WILDLIFE, and ANIMAL WELFARE INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, in her official capacity as Principal Deputy Director of the United States Fish and Wildlife Service; LEOPOLDO MIRANDA, in his official capacity as Regional Director of the United States Fish and Wildlife Service Southeast Region,[1] <br><br> Defendants. | **ORDER** |

For good cause shown, Plaintiffs' Motion for Status Conference is hereby GRANTED. It is hereby ORDERED that Defendants are authorized and directed to immediately implement Phase II of their Amended Release Plan [DE 56-2].

In addition, a status conference on the preliminary injunction and red wolf releases will be held before the undersigned during the Court's May 2022 term, with a specific date and time to be set by separate notice.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martha Williams, Principal Deputy Director exercising authority of the Director of the U.S. Fish and Wildlife Service, is substituted for Aurelia Skipwith, former Director.

SO ORDERED, this 6 day of December, 2021.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

2