# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DISTRICT

|  |  |  |
|---|---|---|
| RED WOLF COALITION, et al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:20-cv-00075 |
| | ) | |
| The UNITED STATES FISH AND WILDLIFE | ) | |
| SERVICE, et al., | ) | |
| | ) | |
| Defendants, | ) | |

For good cause shown, Defendants' Motion to Modify is hereby GRANTED. It is hereby

ORDERED that Defendants are authorized and directed to implement Phase II of their Amended

Release Plan, ECF No. 56-2, modified as detailed in the Motion to Modify.

SO ORDERED, this ____ day of February, 2022.

*[signature]*

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE