IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-75-BO

RED WOLF COALITION, DEFENDERS )
OF WILDLIFE, and ANIMAL WELFARE )
INSTITUTE, )
)
        Plaintiffs, )
)
v. ) ORDER
)
THE UNITED STATES FISH AND )
WILDLIFE SERVICE, *et al.*, )
)
        Defendants. )

For good cause shown, and without opposition from plaintiffs, defendants' motion to modify release plan [DE 66] is GRANTED. It is hereby ORDERED that defendants are authorized and directed to implement Phase II of their Amended Release Plan, [DE 56-2], as modified by this Court's orders authorizing defendants' requested modifications, [DE 62, 64], and modified further as detailed in the instant motion to modify.

SO ORDERED, this _1_ day of April 2022.

                                                        TERRENCE W. BOYLE
                                                        UNITED STATES DISTRICT JUDGE