IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:20-CV-00075-BO

RED WOLF COALITION,
DEFENDERS OF WILDLIFE, and
ANIMAL WELFARE INSTITUTE,

    Plaintiffs,

v.

**ORDER**

THE UNITED STATES FISH AND
WILDLIFE SERVICE; MARTHA
WILLIAMS, in her official capacity as
Director of the United States Fish and Wildlife
Service; LEOPOLDO MIRANDA, in his
official capacity as Regional Director of the
United States Fish and Wildlife Service
Southeast Region,[1]

    Defendants.

---

For good cause shown, the Parties' Joint Motion on Phase III is GRANTED. It is hereby ORDERED that Defendants file a Phase III release plan by September 30, 2022. It is further ORDERED that Defendants are required to implement the Phase III release plan once it is filed.

In addition, a status conference on the preliminary injunction and red wolf releases will be held before the undersigned during the Court's November 2022 term, with a date and location to be determined, before the undersigned. The Court reserves the right to reset any scheduled matters at its discretion.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Martha Williams, the Director of the U.S. Fish and Wildlife Service, is substituted for Aurelia Skipwith, former Director.

SO ORDERED, this ___ day of June, 2022.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE