IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

RED WOLF COALITION, et al.,

    Plaintiffs,

v.

The UNITED STATES FISH AND WILDLIFE SERVICE, et al.,

    Defendants.

No. 2:20-cv-00075

## ORDER ENTERING STIPULATED SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Stipulated Settlement Agreement. (ECF No. 82) Having reviewed the Stipulated Settlement Agreement, and finding good cause, the Court **ORDERS** that the Parties comply with the terms of the Stipulated Settlement Agreement (ECF No. 82), which is hereby incorporated by reference and entered into the record. In accordance with Paragraph 11 of the Stipulated Settlement Agreement, the Court further **ORDERS** that this case is **DISMISSED with prejudice** but retains jurisdiction to oversee compliance with the Stipulated Settlement Agreement.

Dated: 8-24-23

THE HONORABLE TERRENCE BOYLE
UNITED STATES DISTRICT JUDGE